| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lake, Simeon T | 2. Court or Organization United States District Court | 3. Date of Report 3/23/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States Courthouse 515 Rusk Avenue, Room 9535 Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |

2015 MAR 28 A 10: 54 FINANCIAL DISCLOSURE OFFIC RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 3/23/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. ((Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. rental property #1-Hous, TX | A | Rent | M | W | | | | | |
| 2. rental property #2-Hous, TX | B | Rent | L | W | | | | | |
| 3. rental property #3-Hous, TX | A | Rent | L | W | | | | | |
| 4. property, Washington Cnty, TX, purch in 8/77 for 72,321 | A | Rent | L | R | | | | | |
| 5. BankOne Account | A | Interest | J | T | | | | | |
| 6. Exxon Common Stock | E | Dividend | P1 | T | Partial Sale | 11/18 | K | D | |
| 7. SBC Comm. Common Stock | A | Dividend | K | T | | | | | |
| 8. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 9. Royalty Interest, Washington County, Texas | D | Royalty | K | W | | | | | |
| 10. Lucent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 11. Merrill Lynch Money Mkt Acct (IRA) | A | Interest | J | T | | | | | |
| 12. SBC Comm. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 13. Novartis ADR Common Stock (IRA) | A | Dividend | L | T | | | | | |
| 14. IBM Corp. Common Stock (IRA) | A | Dividend | L | T | | | | | |
| 15. General Electric Corp. (IRA) | A | Dividend | J | T | | | | | |
| 16. Intel Corp. (IRA) | A | Dividend | J | T | | | | | |
| 17. Syngenta AG ADR (IRA) | A | Dividend | J | T | | | | | |
| 18. Palm, Inc Com (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 3 Com Corp. (IRA) | | None | J | T | | | | | |
| 20. Nestle Corp. ADR (IRA) | A | Dividend | K | T | | | | | |
| 21. Dr. Reddy's Lab ADR (IRA) | A | Dividend | K | T | | | | | |
| 22. Freds, Inc. (IRA) | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson Inc. (IRA) | A | Dividend | K | T | | | | | |
| 24. Procter & Gamble Inc. (IRA) | A | Dividend | L | T | Buy | 05/11 | K | | |
| 25. Washington Mutual Inc. (IRA) | A | Dividend | K | T | | | | | |
| 26. Microsoft (IRA) | B | Dividend | J | T | | | | | |
| 27. ABX Air Inc. (IRA) | | None | J | T | | | | | |
| 28. U.S. Treas. Note 01/15/07 ▓▓▓ (IRA) | A | Interest | K | T | | | | | |
| 29. Trust #1 | | | | | | | | | |
| 30. --AT&T Common Stock | A | Dividend | J | T | | | | | |
| 31. --SBC Comm. Common Stock | B | Dividend | K | T | | | | | |
| 32. --Excel Energy, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 33. --Lucent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 34. --Hewlett Packard Co. Common Stock | A | Dividend | K | T | | | | | |
| 35. --Merrill Lynch Money Market Acct | A | Dividend | K | T | | | | | |
| 36. --Southwest Airlines Common Stock | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000  P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000

3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --Apple Computer Inc. Common Stock | | None | L | T | | | | | |
| 38. --Agilent Tech., Inc. | | None | J | T | | | | | |
| 39. --AT&T Wireless Corp. | | None | J | T | Merger | 10/27 | J | | |
| 40. --Comcast Corp. | | None | J | T | | | | | |
| 41. --Bristol Myers Squib Co. Inc. | B | Dividend | L | T | | | | | |
| 42. --Pfizer Inc. | A | Dividend | K | T | | | | | |
| 43. --Microsoft | C | Dividend | K | T | | | | | |
| 44. Merrill Lynch Money Fund | B | Dividend | K | T | | | | | |
| 45. General Electric Common Stock | B | Dividend | L | T | | | | | |
| 46. SBC Comm. Common Stock | A | Dividend | J | T | | | | | |
| 47. Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 48. Hewlett Packard Co. Comm Stock-formerly Compaq Computer Corp | A | Dividend | J | T | | | | | |
| 49. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 50. IBM Corp. Common Stock | A | Dividend | K | T | | | | | |
| 51. Richardson, TX Hospital Authority Bond | A | Interest | J | T | Redemptn | 12/01 | J | | |
| 52. Trust #2 | | | | | | | | | |
| 53. --Exxon Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 54. --Merrill Lynch Money Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. --Abbott Labs Common Stock | A | Dividend | J | T | | | | | |
| 56. --Cisco Systems, Inc. | | None | J | T | | | | | |
| 57. Home Depot Inc. Common Stock | A | Dividend | K | T | | | | | |
| 58. Lucent Technologies Inc. Common Stock | | None | J | T | Sold | 04/02 | J | | |
| 59. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 60. Schering Plough Common Stock | A | Dividend | K | T | | | | | |
| 61. Vodafone Corp. PLC Common Stock | A | Dividend | K | T | | | | | |
| 62. Nokia Corp. | A | Dividend | J | T | | | | | |
| 63. Time Warner Inc.-formerly America Online, Inc. | | None | K | T | | | | | |
| 64. Amgen, Inc. | | None | K | T | | | | | |
| 65. Tyco International | A | Dividend | J | T | | | | | |
| 66. Avant Immunotherapeutics | | None | J | T | | | | | |
| 67. NASDAQ-100 Trust | A | Dividend | J | T | Sold | 04/02 | J | B | |
| 68. Wachovia Corp. | A | Dividend | K | T | Bought | 02/19 | J | | |
| 69. Kellog Co. | A | Dividend | K | T | Bought | 05/20 | K | | |
| 70. Palmsource, Inc. (IRA) | | None | J | T | Sold | 06/11 | J | | |
| 71. Hospira Inc. | | None | J | T | Stock Divdn | 05/06 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

SECTION VII

PAGE 2

Lines 21-33 – Dr. Reddy's, Freds Inc., Johnson & Johnson, Procter & Gamble, Washington Mutual, Microsoft, ABX Air, U.S. Treas. Note, Trust #1, AT&T, SBC Comm., Excel Energy, and Lucent Tech. were at Lines 22-34, respectively, on the 2003 report.

Line 34 – Hewlett Packard was at Line 36 on the 2003 report.

Lines 35-36 – Merrill Lynch and Southwest Airlines were at Page 3, Lines 37-38, respectively, on the 2003 report.


PAGE 3

Lines 37-45 – Apple Computer, Agilent Tech., AT&T Wireless, Comcast Corp., Bristol Myers Squib, Pfizer Inc., Microsoft, Merrill Lynch, and General Electric were at Lines 39-47, respectively, on the 2003 report.

Lines 46-50 – SBC Comm., Abbott Labs, Hewlett Packard, Intel Corp., and IBM Corp. were at Lines 49-53, respectively, on the 2003 report.

Lines 51-54 – Richardson, TX Hospital, Trust #2, Exxon Corp, and Merrill Lynch were at Page 4, Lines 56-59, respectively, on the 2003 report.


PAGE 4

Line 55 – Abbott Labs was at Line 60 on the 2003 report.

Lines 56-59 – Cisco Systems, Home Depot, Lucent Technologies, and Pfizer Inc. were at Lines 62-65, respectively, on the 2003 report.

Lines 60-65 – Schering Plough, Vodafone Corp., Nokia Corp., Time Warner, Amgen, and Tyco were at Lines 67-72, respectively, on the 2003 report.

Lines 66-67 – Avant immunotherapeutics and NASDAQ-100 were at Page 5, Lines 73 and 76, respectively, on the 2003 report.

Lines 68-69 – Wachovia and Kellog are new entries.

Line 70 – Palmsource (stock dividend, 10/04/03, omitted in error from 2003 report, no income for 2003; value code at end of 2003 was J).

Line 71 – Hospira is a new entry.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date   MARCH   23, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544